Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
　Fisher & Hayes LLP
112 Madison Avenue
New York New York  10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Hoke and Paula Dorough, et. al., vs. Pfizer, Inc.,*.<br>*MDL No. 06-3122:* <u>Plaintiff Hoke Dorough and Paula Dorough</u> | |

　　　Come now the Plaintiffs, Hoke Dorough and Paula Dorough, and Defendant, Pfizer Inc.,

by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Hoke Dorough and Paula Dorough's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009          By: /s/ Jayne Conroy
                                            Jayne Conroy
                                            **HANLY CONROY BIERSTEIN
                                            SHERIDAN FISHER & HAYES LLP**
                                            112 Madison Avenue
                                            New York, New York 10016-7416
                                            (212) 784-6400
                                            (212) 784-6420 (Fax)
                                            Email: jconroy@hanlyconroy.com

                                                    -and-

                                            **SIMMONSCOOPER LLC**
                                            707 Berkshire Blvd.
                                            East Alton, IL 62024
                                            (618) 259-2222
                                            (618) 259-2251 (Fax)

                                            *Counsel for Plaintiff.*

Dated: _____, 2009          By: _____
                                            Michelle W. Sadowsky
                                            **DLA PIPER US LLP**
                                            1251 Avenue of the Americas
                                            New York, New York 10020-1104
                                            (212) 335-4625
                                            (212) 884-8675 (Fax)

                                            *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____May 19\_\_, 2009         By: _____
                                            United States
                                            *[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION OF DISMISSAL WITH PREJUDICE